UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TONY LEWIS,

    Plaintiff,

v.

    Case No. 2:13-cv-327

    HON. ROBERT HOLMES BELL

DALE REISENER, et al.,

    Defendants.

_____/

## ORDER

In accordance with the opinion entered on this day:

**IT IS HEREBY ORDERED** that Plaintiff's objection to the R&R (ECF No. 104) is **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 103) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 90) is **GRANTED** in part and **DENIED** in part.  The Court grants **PARTIAL JUDGMENT** to Defendants Dilday and Bailey, and on all claims against Defendant Reisener, except for Plaintiff's retaliation claim for filing false misconduct tickets.

Dated: November 30, 2016        /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE